# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

IN THE MATTER OF: STACY JOHNSON  : No. 77 WM 2014
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of October, 2014, the Emergency Motion for Extension of Rule 321(b) Certification is **GRANTED**. Ms. Johnson's Rule 321 certification will expire on December 31, 2014.